COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 December 8, 2016
 No. 10-16-00197-CV
 IN THE INTEREST OF O.D.M.S. AND N.S., CHILDREN
 
 center-4254500
 From the County Court at Law No. 2
 Johnson County, Texas
 Trial Court No. CC-D20140312
 
--------------------------------------------------------------------------------
JUDGMENT

 This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issues raised and finds no reversible error is presented. Accordingly the trial court's Order of Termination signed on June 8, 2016 is affirmed.
It is further ordered that appellee, the State of Texas, is awarded judgment against Angelica Renee Scholl for the State's appellate costs that were paid, if any, by the State; and all unpaid appellate court cost, if any, is taxed against Angelica Renee Scholl.
Notwithstanding the foregoing assessment and taxation of cost, payment of cost by Angelica Renee Scholl is not required because she was entitled to proceed without payment of cost under Texas Rule of Appellate Procedure 20.1. See Tex. R. App. P. 43.4.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
1252375789797500 PER CURIAM
 SHARRI ROESSLER, CLERK 
3040380-1206500
 By: ___________________________
 Nita Whitener, Deputy Clerk